# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00132-RLH-LRL-8 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HASSAM IDDRISSU, | |
| Defendant. | |

This matter is before the Court to clarify the order of restitution previously entered as part of the Judgment filed in this criminal case ("Judgment") (ECF No. 429), following the sentencing held on January 18, 2008 (ECF No. 428). Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court thus finds good cause exists to modify the restitution order to clarify to whom Defendant owes restitution.

It is therefore ordered that Defendant must make restitution to the following payee(s):

**Name of Payee:** AMERICAN EXPRESS

**Amount of Restitution:** $3,766.34

**Name of Payee:** UNKNOWN VICTIMS

**Amount of Restitution:** $24,800.00

**Total Amount of Restitution ordered:** $28,566.34

DATED THIS 29th day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE